**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| SGK VENTURES, LLC, ) | No. 15 cv 11224 |
| ) | and related cases |
| Debtor. ) | No. 15 cv 11226 & |
| ) | No. 15 cv 11253 |
| KELLY BEAUDIN STAPLETON, solely in her ) | |
| capacity as Trustee of the SGK Ventures, LLC ) | Honorable Thomas M. Durkin |
| Liquidating Trust, ) | |
| ) | |
| Plaintiff/Appellee/Cross-Appellant, ) | |
| ) | (On appeal from the United States |
| v. ) | Bankruptcy Court for the Northern |
| ) | District of Illinois, Eastern Division, |
| NEWKEY GROUP, LLC, *et al.*, ) | Adv. Nos. 13 A 1411 and 14 A 0114, |
| ) | Hons. Eugene R. Wedoff and Donald R. |
| Defendants/Appellants/Cross-Appellees, ) | Cassling, presiding) |
| ) | |
| and ) | |
| ) | |
| J. MARK LOZIER, *et al.* ) | |
| ) | |
| Defendants/Cross-Appellees. ) | |
| ) | |

**NOTICE OF APPEAL TO THE**
**UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT**

Pursuant to 28 U.S.C. § 158 and Fed. R. App. P. 3, Plaintiff Kelly Beaudin Stapleton, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust, appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment Order and Opinion of the District Court for the Northern District of Illinois entered in this case on June 20, 2017 [Docket Nos. 65, 66]. A copy of the Judgment Order and Memorandum and Opinion are attached hereto as Exhibit A.

{6853061:}

The names of all parties to the judgment, order or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Appellant: | Kelly Beaudin Stapleton, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust |
|---|---|
| Attorneys for Appellant: | David A. Agay (6244314)<br>Micah E. Marcus (6257569)<br>Sean D. Malloy (ARDC No. 6217401)<br>Micah E. Marcus (ARDC No. 6257569)<br>Christopher G. Dean (ARDC No. 6292676)<br>Joshua A. Gadharf (ARDC No. 6296543)<br>McDonald Hopkins LLC<br>300 N. LaSalle St., Ste. 2100<br>Chicago, Illinois 60654<br>(321) 280-0111<br>dagay@mcdonaldhopkins.com<br>smalloy@mcdonaldhopkins.com<br>mmarcus@mcdonaldhopkins.com<br>cdean@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com |
| Appellees: | NewKey Group, LLC<br>NewKey Group II, LLC<br>KCL Management Corp.<br>J. Mark Lozier<br>Joel D. Tauber<br>Michael Rosenberg<br>Michael C. Sheffieck<br>Karen A. Beninato<br>Thomas P. Bertrand<br>Amy Fleissner<br>Kluska Family Limited Partnership<br>Loganberry, L.L.C.<br>Lawrence Plant<br>Platt Family Limited Partnership<br>Bernard E. Platt Trust UAD 12/20/95<br>Michael J. Pugliese<br>Anne Rizzo<br>Rosenberg Family, L.L.C.<br>Tamarack L.P.<br>Tauber-Keywell Family L.L.C.<br>Tauber-Keywell II, LLC<br>Joel D. Tauber Trust |

{6853061:} 2

|  | John A. Toth Trust<br>Dennis C. Trostle<br>Linda A. Trostle<br>Michael C. Sheffieck Trust<br>Louis E. Wagner, Jr.<br>Ken Kluska<br>Bernard E. Platt, Jr.<br>Philip Rosenberg<br>Tauber Enterprises LLC |
|---|---|
| Attorneys for Appellees: | Steven B. Towbin (2848546)<br>Terence G. Banich (6269359)<br>Gordon E. Gouveia (6282986)<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Suite 800<br>Chicago, Illinois 60654<br>(312) 541-0151<br>stowbin@shawfishman.com<br>tbanich@shawfishman.com<br>ggouveia@shawfishman.com |

Dated: July 5, 2017

Respectfully submitted,

KELLY BEAUDIN STAPLETON, solely in her capacity as Trustee of the SGK Ventures, LLC Liquidating Trust

/s/ Micah E. Marcus
One of their Attorneys

David A. Agay (6244314)
Micah E. Marcus (6257569)
Sean D. Malloy (ARDC No. 6217401)
Micah E. Marcus (ARDC No. 6257569)
Christopher G. Dean (ARDC No. 6292676)
Joshua A. Gadharf (ARDC No. 6296543)
McDonald Hopkins LLC
300 N. LaSalle St., Ste. 1400
Chicago, Illinois 60654
(312) 280-0111
dagay@mcdonaldhopkins.com
smalloy@mcdonaldhopkins.com
mmarcus@mcdonaldhopkins.com
cdean@mcdonaldhopkins.com
jgadharf@mcdonaldhopkins.com

{6853061:}  3